# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 08-20427 |
| ) | |
| ANTHONY SMITH, ) | 18 U.S.C. § 922(g) |
| ) | |
| Defendant. ) | |

**INDICTMENT**

RECEIVED
DEC 17 2008
United States District Court
Western Tennessee

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about June 4, 2008, in the Western District of Tennessee, the defendant, ------ ANTHONY SMITH ------ having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess, in and affecting interstate commerce, a firearm, that is an Intratec Tec9 9mm caliber semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL:

S/Grand Jury Foreperson
_____
FOREPERSON

DATE: December 16, 2008

_____
ACTING UNITED STATES ATTORNEY